To the Court Clerk :

my name is Lamar Lovett T.D.C.J. #1687455 T.C.C.L. #1513403. I am writing concerning my Appeal. Am I even on the Docket. your court has had my 11.07 for over a year. I can understand why it is taking so long to decide on it. With the Dist 299; many violations of our constitution and me being mentaly Ill there is a lot to consider. I am being held in Travis Co. Correctional Complex and being denied access to the court I can do no more legal research They say because I have appointed counsel. I'll not bother you with that. I am mentaly Ill Schizoaffective Bipolar type according to the 11.07 3(k) I had the first week I was bench warrented back on I did not recive a fair trial that our constitution says I am supposed to have. Im sorry I hope your court of criminal appeals has a great Thanksgiving. Please let me know if my case is on the Docket

Thank you

Lamar Lovett   TDCJ #1687455
              TCCL #1513403

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk